# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)     CASE NUMBER _08mj2197_
vs )
)     ABSTRACT OF ORDER
)
JESSICA ROSAS )     Booking No. _10311298_
)
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ____7/24/8____

the Court entered the following order:

____X____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

____X____ and released from custody.
Defendant released on $ _10,000 P/S_ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**Leo S. Papas**
_____
UNITED STATES MAGISTRATE JUDGE

OR

Received _____          W. SAMUEL HAMRICK, JR.   Clerk
DUSM                                    by
                                        Deputy-Clerk
                                        **J. JARABEK**

Crim-9    (Rev 6-95)                                ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**