UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>JESSICA ROSAS )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj2197<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

BLANCA ESTELA HERNANDEZ-TORRES

DATED: 8/7/8

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
       DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk
**J. JARABEK**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082